UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTOR R. KLINEFELTER, II,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.   CV-11-252-RMP<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The case is REMANDED to the ALJ.  On remand, the ALJ shall hold a new hearing to take additional vocational expert testimony at step five.  The ALJ shall also consider any new evidence submitted after issuance of the ALJ's decision and issue a new five-step decision.

DATED:  March 28, 2013

SEAN F. McAVOY
Clerk of Court

By: *s/Cheryl Switzer*
Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE